B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court

_____ District of _____

In re DEMARCUS MONTRELL GATES

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address  3154 Hoover Road
Holly Springs, MS 38635

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____ 9080

Employer's Tax Identification (EIN) No(s).(if any): _____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Filed 10/11/23 at _____ A.M. _____ P.M.
United States Bankruptcy Court
Northern District of Mississippi
Shallanda J. Clay, Clerk

Case No. 23-13019-JDW

Chapter 13

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

DEMARCUS MONTRELL GATES _____ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date) , you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on (date) , (year) , at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 10/07/2023

by: :gates., :demarcus-montrell - Agent, Executor, Beneficiary, sole signatory for
Signature: DEMARCUS MONTRELL GATES
Name: Demarcus Montrell Gates
Address 3154 Hoover Road
Holly Springs, MS 38635
(662) 544-9552   All Rights Reserved,
UCC 3-402 (b)(a), UCC 3-108   Without Prejudice

# Citizenship Evidence Affidavit

I,:demarcus-montrell:gates.), being of sound mind and lawful age do solemnly declare:

1. The 1st clause of the 14th Amendment states: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."

2. The 1st clause of the 14th Amendment does not say: "All persons born or naturalized in the United States, are subject to the jurisdiction thereof . . . ."

3. The 1st clause of the 14th Amendment contains two requirements for United States citizenship: (a) that a person be born or naturalized in the United States and (b) that a person be subject to the jurisdiction of the United States.

4. I am not restricted by the 14th Amendment, because I receive no protection from it and I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty. Thus I owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898). Thus, I am not "subject to the jurisdiction thereof . . . ."

5. The Department of State document, "Certificates of Non-Citizen Nationality," located at *https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html* says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term 'national' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."

6. I, hereby, declare that I am a national but not a citizen of the United States.

7. This Affidavit is submitted to legally and lawfully rebut the fraudulent legal presumption, that I am a "citizen of the United States" under the scope and purview of the 14th Amendment's Federal citizenship and that such Federal citizenship grants me "civil rights."

8. I am "non resident" to the "residency" of the 14th Amendment and "alien" to the "citizenship" thereof; therefore I am not subject to the jurisdictional statements of the United States Code.

9. As the tax imposed in 26 U.S.C. 1, pursuant to 26 C.F.R. 1.1-1 is on "citizens" and "residents" as contemplated in the 14th Amendment, it is not applicable to me, as I am neither a "citizen" nor a "resident."

   a. Notwithstanding the fact that I may have, previously, filed U.S. Individual Income Tax Returns, such filings were done by mistake as I was unaware that these filings were mandated only for citizens and residents of the United States as contemplated by the 14th Amendment.

10. Furthermore, I am not a "resident" of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, application, certificate, license, permit, or other document that I or any other person may have signed expressly or by acquiescence that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the 14th Amendment.

11. I reiterate that I have made the above determinations and made this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the laws of the United States or any of the several states.

12. At any time, I reserve the right to amend and correct wherever necessary or to rescind and revoke this document.

13. I invite any individual who has reason to believe that I am in error in my facts and conclusions above to file an affidavit stating the contrary facts and conclusions, signed under penalty of perjury before a person authorized by law to administer and witness an oath.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. *UCC 3-402(b)(1). UCC 3-108*

*by: :gates.:demarcus-montrell: Agent for/to*
*All Rights Reserved, Without Prejudice*

*by: :gates.:demarcus-montrell:-*
*Executor, Beneficiary, Sole Signatory*

Signature: DEMARCUS MONTRELL GATES Date: 10/07/2023

*U.S. VESSEL/U.S. FEDERAL CITIZEN*

Printed Name: _____

## AFFIDAVIT AND CLAIM OF NON-CORPORATE STATUS

Concerning the Rights of Americans in foreign States under the Expatriation Act.

1. Affiant, being of sound mind and competent to make this affidavit with personal knowledge of the facts contained herein, in attesting to said facts in his authorized capacity.

2. That Affiant, is not a corporation created under the laws of the United States or any state, the District of Columbia, or any territory, commonwealth, or possession of the United States or a foreign state or country public or private.

3. That Affiant, is not an officer, agent, shareholder, franchisee, or fiduciary agent, resident inhabitant, or domiciled in any corporation.

4. That Affiant, is not: A vessel documented under Chapter 121 of Title 46 USC or a vessel numbered as provided in Chapter 123 of that Title.

5. That Affiant, is not an enemy of the United States or any corporation created under the laws of the United States or any state, the District of Columbia, or any

territory, commonwealth, or possession of the United States, or a foreign state or country public or private.

6. Any presumption that Affiant is any of the above or documentation implying any of the above, is not the act or intention of this Affiant and any such presumption or documentation is fraudulent, illusionary, false representation of a matter of fact or a kind of artifice employed by one person to deceive another for self-serving purposes.

7. That Affiant, is neither affiliated with or an enemy of any public or private corporation domestic or foreign, but is a neutral body.

8. That Affiant's, name and the location of, are particularly unique to this Affiant, although not affiliated with the corporate body politic near the same location and it suffices as complete, necessary and sufficient identification and evidencing Affiants neutral standing (15 USC 1681h).

9. That Affiant, a living, breathing man, declare by my autograph, in my own handwriting that the following facts are true to the best of my knowledge and belief;

I hereby deny that the following corporations exist; UNITED STATES; and ALL OTHER CORPORATE MEMBERS WHO ARE, OR MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST my natural body.

Further, that I do solemnly attest that the foregoing facts contained herein are true, correct and complete to the best of my knowledge and belief, under the penalty of perjury in accordance with the laws of the United States and the law of nations.

Further Affiant sayeth not.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __17th__

day of

__February_____ ,2023.

Without prejudice and no recourse, all rights retained Under UCC 1-308

By: __DeMarcus -Montrell; Gates: @__

Attorney in fact, Executor, and Sole Beneficiary

Of the DEMARCUS MONTRELL GATES Estate

This is The End of this affidavit.

Notice to agents is notice to principal, Notice to principal is notice to agent.

Notary Public

JURAT CERTIFICATE

Tennessee State

Shelby County

On __17th__ day of ___February___ , 2023,  a Notary Public, DeMarcus Montrell

Gates personally appeared before me, providing to me on the basis of satisfactory

evidence to be the man whose Name is subscribed to the within attached

instrument and acknowledged to Me that he executed the same in his authorized

capacity, and that by his autograph(s) on the instrument the man executed, the

instrument known as Affidavit and Claim of Non-Corporate Status.

I certify under PENALTY OF PERJURY under the lawful laws of Tennessee State

and the STATE of TENNESSEE that the foregoing paragraph is true and correct.

WITNESS my hand and official seal of Notary Public.

Signature _Teara Pryor_____        seal

**MY COMMISSION EXPIRES NOVEMBER 18, 2024**

Recording requested by:

:DeMarcus-Montrell; .Gates:

After Recording Return To:

:DeMarcus-Montrell; .Gates:

In Care of Rural Route R042 Box 05,

Memphis, Tennessee Republic

Zip Exempt Near [38125]

Recorder's Use Only

In Re: Case No: 23-13019-JDW    **DEED OF FULL RECONVEYANCE**

DEMARCUS MONTRELL GATES, DEMARCUS M GATES, DeMarcus Montrell Gates, as Known and Unknown ENTITIES, under the Birth Registration #141-829953 and Linked to Social Security Registration #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 originating at Saint Joseph in City of Memphis, Shelby County, State of Tennessee and Originally requested by ANDRE FREDERICK GATES and ROBBIE ANN GOBER Trustee(s), And as held in CESTUI QUE VIE Trust dated 24th, Day of March, 1980 and as recorded on the 3rd, Day of April, 1980 as Local File No. 141-829953, of Official Records of Shelby County, TENNESSEE Office of Vital Records of the State of Tennessee, Republic, On and for the behalf of the United States; covering the following described properties:

DEMARCUS GATES; GATES, DEMARCUS; Demarcus Gates; Gates, Demarcus; demarcus gates; gates, demarcus; demarcus Gates; DEMARCUS Gates; Demarcus gates; Demarcus GATES; gates, Demarcus; GATES, Demarcus; Gates, demarcus; Gates, DEMARCUS; DEMARCUS "MARCUS" GATES; GATES, DEMARCUS "MARCUS"; Demarcus "Marcus" Gates; Gates, Demarcus "Marcus"; demarcus "marcus" gates; gates, demarcus "marcus"; demarcus "Marcus" Gates; DEMARCUS "Marcus" Gates; Demarcus "Marcus" gates; Demarcus "Marcus"

Page 1 of 11

See other side
Pg form 55

GATES; gates "Marcus", Demarcus; GATES"Marcus", Demarcus; Gates, demarcus "Marcus"; Gates, DEMARCUS "Marcus"; DEMARCUS "MARCUS" GATES; DEMARCUS "MARCUS" GATES; GATES, DEMARCUS "marcus"; Demarcus "MARCUS" Gates; Demarcus "marcus" Gates; Gates, Demarcus "MARCUS"; Gates, Demarcus "marcus"; demarcus )"MARCUS" gates; gates, demarcus "MARCUS"; demarcus "MARCUS" Gates; DEMARCUS "marcus" Gates; demarcus "MARCUS" gates; demarcus "MARCUS" GATES; DEMARCUS "marcus" gates; DEMARCUS "marcus" GATES; Demarcus "marcus" gates; Demarcus "MARCUS" gates; Demarcus "marcus" GATES; Demarcus "MARCUS" GATES; gates "marcus", Demarcus; gates "MARCUS", Demarcus; GATES"marcus", Demarcus; GATES"MARCUS", Demarcus; Gates, demarcus "marcus"; Gates, demarcus "MARCUS"; Gates, DEMARCUS "marcus"; Gates, DEMARCUS "MARCUS"; D. GATES; GATES, D.; D. Gates; Gates, D.; d. gates; gates, d.; d. Gates; D. Gates; D. gates; D. GATES; gates, D.; GATES, D.; Gates, d.; Gates, D.; D. "MARCUS" GATES; GATES, D. "MARCUS"; D. "Marcus" Gates; Gates, D. "Marcus"; d. "marcus" gates; gates, d. "marcus"; d. "Marcus" Gates; D. "Marcus" Gates; D. "Marcus" gates; D. "Marcus" GATES; gates, D. "Marcus"; GATES, D. "Marcus"; Gates, d. "Marcus"; Gates, D. "Marcus"; D. "marcus" GATES; D. "marcus" gates; GATES, D. "marcus"; D. "marcus" Gates; D. "MARCUS" Gates; Gates, D. "marcus"; Gates, D. "MARCUS"; d. "MARCUS" gates; d. "marcus" gates; d. "marcus" GATES; d. "MARCUS" GATES; gates, d. "MARCUS"; gates, D. "MARCUS"; d. "MARCUS" Gates; d. "marcus" Gates; d. "MARCUS" GATES; d. "marcus" gates; d. "marcus" GATES; d. "MARCUS" gates; D. "marcus" Gates; D. "MARCUS" Gates; D. "marcus" gates; D. "marcus" GATES; D. "MARCUS" gates; D. "marcus" gates; D. "MARCUS" gates; D. "marcus" GATES; D. "MARCUS" GATES; gates, D. "marcus"; gates, D. "MARCUS"; GATES, D. "marcus"; GATES, D. "MARCUS"; Gates, d. "MARCUS"; Gates, d. "marcus"; Gates, D.

See other side
See Pg lam 55

"marcus"; Gates, D. "MARCUS"; DEMARCUS MONTRELL GATES; DEMARCUS M. GATES; GATES, DEMARCUS MONTRELL; GATES, DEMARCUS M.; DEMARCUS Montrell Gates; demarcus Montrell Gates; Demarcus MONTRELL Gates; Demarcus montrell Gates; Demarcus Montrell GATES; Demarcus Montrell gates; DEMARCUS M. Gates; demarcus M. Gates; Demarcus M. Gates; Demarcus m. Gates; Demarcus M. GATES; Demarcus M. gates; Demarcus Montrell Gates; Demarcus M. Gates; Gates, Demarcus Montrell; Gates, Demarcus M.; demarcus montrell gates; demarcus m. gates; gates, demarcus montrell; gates, demarcus m.; D MONTRELL GATES; D M. GATES; GATES, D MONTRELL; GATES, D M.; D. Montrell Gates; d. Montrell Gates; D. MONTRELL Gates; D. montrell Gates; D. Montrell GATES; D. Montrell gates; D. M. Gates; d. M. Gates; D. M. Gates; D. m. Gates; D. M. GATES; D. M. gates; D. Montrell Gates; D. M. Gates; Gates, D. Montrell; Gates, D. M.; d. montrell gates; d. m. gates; gates, d. montrell; gates, d. m.; DEMARCUS "MARCUS" MONTRELL GATES; DEMARCUS "MARCUS" M. GATES; GATES, DEMARCUS "MARCUS" MONTRELL; GATES, DEMARCUS "MARCUS" M.; DEMARCUS "Marcus" Montrell Gates; demarcus "Marcus" Montrell Gates; Demarcus "Marcus" MONTRELL Gates; Demarcus "Marcus" montrell Gates; Demarcus "Marcus" Montrell GATES; Demarcus "Marcus" Montrell gates; DEMARCUS "Marcus" M. Gates; demarcus "Marcus" M. Gates; Demarcus "Marcus" M. Gates; Demarcus "Marcus" m. Gates; Demarcus "Marcus" M. GATES; Demarcus "Marcus" M. gates; Demarcus "Marcus" Montrell Gates; Demarcus "Marcus" M. Gates; Gates, Demarcus "Marcus" Montrell; Gates, Demarcus "Marcus" M.; demarcus "marcus" montrell gates; demarcus "marcus" m. gates; gates, demarcus "marcus" montrell; gates, demarcus "marcus" m.; D "MARCUS" MONTRELL GATES; D "MARCUS" M. GATES; GATES, D "MARCUS" MONTRELL; GATES, D "MARCUS" M.; D. "Marcus" Montrell Gates; d. "Marcus" Montrell Gates; D. "Marcus"

See other
Psalm 53

MONTRELL Gates; D. "Marcus" montrell Gates; D. "Marcus" Montrell GATES; D. "Marcus"

Montrell gates; D. "Marcus" M. Gates; d. "Marcus" M. Gates; D. "Marcus" M. Gates; D. "Marcus"

m. Gates; D. "Marcus" M. GATES; D. "Marcus" M. gates; D. "Marcus" Montrell Gates; D.

"Marcus" M. Gates; Gates, D. Montrell "Marcus"; Gates, D. M. "Marcus"; d. "marcus" montrell

gates; d. "marcus" m. gates; gates, d. "marcus" montrell; gates, d. "marcus" m.; DEMARCUS

"marcus" MONTRELL GATES; DEMARCUS "marcus" montrell gates; DEMARCUS "marcus"

M. GATES; DEMARCUS "marcus" m. gates; GATES, DEMARCUS "marcus" MONTRELL;

GATES, DEMARCUS "marcus" montrell; GATES, DEMARCUS "marcus" M.; GATES,

DEMARCUS "marcus" m.; DEMARCUS "marcus" Montrell Gates; DEMARCUS "MARCUS"

Montrell Gates; demarcus "marcus" Montrell Gates; demarcus "MARCUS" Montrell Gates;

Demarcus "marcus" MONTRELL Gates; Demarcus "MARCUS" MONTRELL Gates; Demarcus

"marcus" montrell Gates; Demarcus "MARCUS" montrell Gates; Demarcus "marcus" Montrell

GATES; Demarcus "MARCUS" Montrell GATES; Demarcus "marcus" Montrell gates; Demarcus

"MARCUS" Montrell gates; DEMARCUS "marcus" M. Gates; DEMARCUS "MARCUS" M.

Gates; demarcus "marcus" M. Gates; demarcus "MARCUS" M. Gates; Demarcus "marcus" M.

Gates; Demarcus "MARCUS" M. Gates; Demarcus "marcus" m. Gates; Demarcus "MARCUS"

m. Gates; Demarcus "marcus" M. GATES; Demarcus "MARCUS" M. GATES; Demarcus

"marcus" M. gates; Demarcus "MARCUS" M. gates; Demarcus "marcus" Montrell Gates;

Demarcus "MARCUS" Montrell Gates; Demarcus "marcus" M. Gates; Demarcus "MARCUS" M.

Gates; Gates, Demarcus "marcus" Montrell; Gates, Demarcus "MARCUS" Montrell; Gates,

Demarcus "marcus" M.; Gates, Demarcus "MARCUS" M.; demarcus "MARCUS" montrell gates;

demarcus "MARCUS" MONTRELL GATES; demarcus "MARCUS" m. gates; demarcus

"MARCUS" M. GATES; gates, demarcus "MARCUS" montrell; gates, demarcus "MARCUS"

MONTRELL; gates, demarcus "MARCUS" m.; gates, demarcus "MARCUS" M.; D "marcus" MONTRELL GATES; D "marcus" montrell gates; D "marcus" M. GATES; D "marcus" m. gates; GATES, D "marcus" MONTRELL; GATES, D "marcus" montrell; GATES, D "marcus" M.; GATES, D "marcus" m.; D. "marcus" Montrell Gates; D. "MARCUS" Montrell Gates; d. "marcus" Montrell Gates; d. "MARCUS" Montrell Gates; D. "marcus" MONTRELL Gates; D. "MARCUS" MONTRELL Gates; D. "marcus" montrell Gates; D. "MARCUS" montrell Gates; D. "marcus" Montrell GATES; D. "MARCUS" Montrell GATES; D. "marcus" Montrell gates; D. "MARCUS" Montrell gates; D. "marcus" M. Gates; D. "MARCUS" M. Gates; d. "marcus" M. Gates; d. "MARCUS" M. Gates; D. "marcus" M. Gates; D. "MARCUS" M. Gates; D. "marcus" m. Gates; D. "MARCUS" m. Gates; D. "marcus" M. GATES; D. "MARCUS" M. GATES; D. "marcus" M. gates; D. "MARCUS" M. gates; D. "marcus" Montrell Gates; D. "MARCUS" Montrell Gates; D. "marcus" M. Gates; D. "MARCUS" M. Gates; Gates, D. Montrell "marcus"; Gates, D. Montrell "MARCUS"; Gates, D. M. "marcus"; Gates, D. M. "MARCUS"; d. "MARCUS" montrell gates; d. "MARCUS" MONTRELL GATES; d. "MARCUS" m. gates; d. "MARCUS" M. GATES; gates, d. "MARCUS" montrell; gates, d. "MARCUS" MONTRELL; gates, d. "MARCUS" m.; gates, d. "MARCUS" M.; DEMARCUS GOBER; GOBER, DEMARCUS; Demarcus Gober; Gober, Demarcus; demarcus gober; gober, demarcus; demarcus Gober; DEMARCUS Gober; Demarcus gober; Demarcus GOBER; gober, Demarcus; GOBER, Demarcus; Gober, demarcus; Gober, DEMARCUS; DEMARCUS "MARCUS" GOBER; GOBER, DEMARCUS "MARCUS"; Demarcus "Marcus" Gober; Gober, Demarcus "Marcus"; demarcus "marcus" gober; gober, demarcus "marcus"; demarcus "Marcus" Gober; DEMARCUS "Marcus" Gober; Demarcus "Marcus" gober; Demarcus "Marcus" GOBER; gober "Marcus", Demarcus; GOBER"Marcus", Demarcus; Gober, demarcus "Marcus"; Gober, DEMARCUS "Marcus"; DEMARCUS

See other side
Pg form 55

"MARCUS" GOBER; DEMARCUS "MARCUS" GOBER; GOBER, DEMARCUS "marcus";

Demarcus "MARCUS" Gober; Demarcus "marcus" Gober; Gober, Demarcus "MARCUS"; Gober,

Demarcus "marcus"; demarcus )"MARCUS" gober; gober, demarcus "MARCUS"; demarcus

"MARCUS" Gober; DEMARCUS "marcus" Gober; demarcus "MARCUS" gober; demarcus

"MARCUS" GOBER; DEMARCUS "marcus" gober; DEMARCUS "marcus" GOBER;

Demarcus "marcus" gober; Demarcus "MARCUS" gober; Demarcus "marcus" GOBER;

Demarcus "MARCUS" GOBER; gober "marcus", Demarcus; gober "MARCUS", Demarcus;

GOBER"marcus", Demarcus; GOBER"MARCUS", Demarcus; Gober, demarcus "marcus";

Gober, demarcus "MARCUS"; Gober, DEMARCUS "marcus"; Gober, DEMARCUS

"MARCUS"; D. GOBER; GOBER, D.; D. Gober; Gober, D.; d. gober; gober, d.; d. Gober; D.

Gober; D. gober; D. GOBER; gober, D.; GOBER, D.; Gober, d.; Gober, D.; D. "MARCUS"

GOBER; GOBER, D. "MARCUS"; D. "Marcus" Gober; Gober, D. "Marcus"; d. "marcus" gober;

gober, d. "marcus"; d. "Marcus" Gober; D. "Marcus" Gober; D. "Marcus" gober; D. "Marcus"

GOBER; gober, D. "Marcus"; GOBER, D. "Marcus"; Gober, d. "Marcus"; Gober, D. "Marcus";

D. "marcus" GOBER; D. "marcus" gober; GOBER, D. "marcus"; D. "marcus" Gober; D.

"MARCUS" Gober; Gober, D. "marcus"; Gober, D. "MARCUS"; d. "MARCUS" gober; d.

"marcus" gober; d. "marcus" GOBER; d. "MARCUS" GOBER; gober, d. "MARCUS"; gober, D.

"MARCUS"; d. "MARCUS" Gober; d. "marcus" Gober; d. "MARCUS" GOBER; d. "marcus"

gober; d. "marcus" GOBER; d. "MARCUS" gober; D. "marcus" Gober; D. "MARCUS" Gober;

D. "marcus" gober; D. "marcus" GOBER; D. "MARCUS" gober; D. "marcus" gober; D.

"MARCUS" gober; D. "marcus" GOBER; D. "MARCUS" GOBER; gober, D. "marcus"; gober,

D. "MARCUS"; GOBER, D. "marcus"; GOBER, D. "MARCUS"; Gober, d. "MARCUS"; Gober,

d. "marcus"; Gober, D. "marcus"; Gober, D. "MARCUS"; DEMARCUS MONTRELL GOBER;

See other side
Pslan SS

DEMARCUS M. GOBER; GOBER, DEMARCUS MONTRELL; GOBER, DEMARCUS M.; DEMARCUS Montrell Gober; demarcus Montrell Gober; Demarcus MONTRELL Gober; Demarcus montrell Gober; Demarcus Montrell GOBER; Demarcus Montrell gober; DEMARCUS M. Gober; demarcus M. Gober; Demarcus M. Gober; Demarcus m. Gober; Demarcus M. GOBER; Demarcus M. gober; Demarcus Montrell Gober; Demarcus M. Gober; Gober, Demarcus Montrell; Gober, Demarcus M.; demarcus montrell gober; demarcus m. gober; gober, demarcus montrell; gober, demarcus m.; D MONTRELL GOBER; D M. GOBER; GOBER, D MONTRELL; GOBER, D M.; D. Montrell Gober; d. Montrell Gober; D. MONTRELL Gober; D. montrell Gober; D. Montrell GOBER; D. Montrell gober; D. M. Gober; d. M. Gober; D. M. Gober; D. m. Gober; D. M. GOBER; D. M. gober; D. Montrell Gober; D. M. Gober; Gober, D. Montrell; Gober, D. M.; d. montrell gober; d. m. gober; gober, d. montrell; gober, d. m.; DEMARCUS "MARCUS" MONTRELL GOBER; DEMARCUS "MARCUS" M. GOBER; GOBER, DEMARCUS "MARCUS" MONTRELL; GOBER, DEMARCUS "MARCUS" M.; DEMARCUS "Marcus" Montrell Gober; demarcus "Marcus" Montrell Gober; Demarcus "Marcus" MONTRELL Gober; Demarcus "Marcus" montrell Gober; Demarcus "Marcus" Montrell GOBER; Demarcus "Marcus" Montrell gober; DEMARCUS "Marcus" M. Gober; demarcus "Marcus" M. Gober; Demarcus "Marcus" M. Gober; Demarcus "Marcus" m. Gober; Demarcus "Marcus" M. GOBER; Demarcus "Marcus" M. gober; Demarcus "Marcus" Montrell Gober; Demarcus "Marcus" M. Gober; Gober, Demarcus "Marcus" Montrell; Gober, Demarcus "Marcus" M.; demarcus "marcus" montrell gober; demarcus "marcus" m. gober; gober, demarcus "marcus" montrell; gober, demarcus "marcus" m.; D "MARCUS" MONTRELL GOBER; D "MARCUS" M. GOBER; GOBER, D "MARCUS" MONTRELL; GOBER, D "MARCUS" M.; D. "Marcus" Montrell Gober; d. "Marcus" Montrell Gober; D. "Marcus" MONTRELL Gober; D. "Marcus" montrell Gober; D.

See other side

Psalm 55

"Marcus" Montrell GOBER; D. "Marcus" Montrell gober; D. "Marcus" M. Gober; d. "Marcus" M. Gober; D. "Marcus" M. Gober; D. "Marcus" m. Gober; D. "Marcus" M. GOBER; D. "Marcus" M. gober; D. "Marcus" Montrell Gober; D. "Marcus" M. Gober; Gober, D. Montrell "Marcus"; Gober, D. M. "Marcus"; d. "marcus" montrell gober; d. "marcus" m. gober; gober, d. "marcus" montrell; gober, d. "marcus" m.; DEMARCUS "marcus" MONTRELL GOBER; DEMARCUS "marcus" montrell gober; DEMARCUS "marcus" M. GOBER; DEMARCUS "marcus" m. gober; GOBER, DEMARCUS "marcus" MONTRELL; GOBER, DEMARCUS "marcus" montrell; GOBER, DEMARCUS "marcus" M.; GOBER, DEMARCUS "marcus" m.; DEMARCUS "marcus" Montrell Gober; DEMARCUS "MARCUS" Montrell Gober; demarcus "marcus" Montrell Gober; demarcus "MARCUS" Montrell Gober; Demarcus "marcus" MONTRELL Gober; Demarcus "MARCUS" MONTRELL Gober; Demarcus "marcus" montrell Gober; Demarcus "MARCUS" montrell Gober; Demarcus "marcus" Montrell GOBER; Demarcus "MARCUS" Montrell GOBER; Demarcus "marcus" Montrell gober; Demarcus "MARCUS" Montrell gober; DEMARCUS "marcus" M. Gober; DEMARCUS "MARCUS" M. Gober; demarcus "marcus" M. Gober; demarcus "MARCUS" M. Gober; Demarcus "marcus" M. Gober; Demarcus "MARCUS" M. Gober; Demarcus "marcus" m. Gober; Demarcus "MARCUS" m. Gober; Demarcus "marcus" M. GOBER; Demarcus "MARCUS" M. GOBER; Demarcus "marcus" M. gober; Demarcus "MARCUS" M. gober; Demarcus "marcus" Montrell Gober; Demarcus "MARCUS" Montrell Gober; Demarcus "marcus" M. Gober; Demarcus "MARCUS" M. Gober; Gober, Demarcus "marcus" Montrell; Gober, Demarcus "MARCUS" Montrell; Gober, Demarcus "marcus" M.; Gober, Demarcus "MARCUS" M.; demarcus "MARCUS" montrell gober; demarcus "MARCUS" MONTRELL GOBER; demarcus "MARCUS" m. gober; demarcus "MARCUS" M. GOBER; gober, demarcus "MARCUS" montrell; gober, demarcus "MARCUS" MONTRELL; gober,

See other side
Pslam 55

demarcus "MARCUS" m.; gober, demarcus "MARCUS" M.; D "marcus" MONTRELL GOBER;

D "marcus" montrell gober; D "marcus" M. GOBER; D "marcus" m. gober; GOBER, D "marcus"

MONTRELL; GOBER, D "marcus" montrell; GOBER, D "marcus" M.; GOBER, D "marcus" m.;

D. "marcus" Montrell Gober; D. "MARCUS" Montrell Gober; d. "marcus" Montrell Gober; d.

"MARCUS" Montrell Gober; D. "marcus" MONTRELL Gober; D. "MARCUS" MONTRELL

Gober; D. "marcus" montrell Gober; D. "MARCUS" montrell Gober; D. "marcus" Montrell

GOBER; D. "MARCUS" Montrell GOBER; D. "marcus" Montrell gober; D. "MARCUS"

Montrell gober; D. "marcus" M. Gober; D. "MARCUS" M. Gober; d. "marcus" M. Gober; d.

"MARCUS" M. Gober; D. "marcus" M. Gober; D. "MARCUS" M. Gober; D. "marcus" m. Gober;

D. "MARCUS" m. Gober; D. "marcus" M. GOBER; D. "MARCUS" M. GOBER; D. "marcus" M.

gober; D. "MARCUS" M. gober; D. "marcus" Montrell Gober; D. "MARCUS" Montrell Gober;

D. "marcus" M. Gober; D. "MARCUS" M. Gober; Gober, D. Montrell "marcus"; Gober, D.

Montrell "MARCUS"; Gober, D. M. "marcus"; Gober, D. M. "MARCUS"; d. "MARCUS"

montrell gober; d. "MARCUS" MONTRELL GOBER; d. "MARCUS" m. gober; d. "MARCUS"

M. GOBER; gober, d. "MARCUS" montrell; gober, d. "MARCUS" MONTRELL; gober, d.

"MARCUS" m.; gober, d. "MARCUS" M., and any Other unknown variation thereof;

Having received from holder of the obligations thereunder a written request to reconvey, reciting

that all sums secured by the Deed of Trust have been fully paid, and said Deed of Trust and the

note or notes secured thereby having been surrendered to said Trustee for cancellation, does

hereby RECONVEY without warranty, to the living soul legally entitled thereto, do hereby

CLAIM the entire estate, including the minor account, now held by it or by successors, Parent

Corporations or subsidiaries of the United Nations, United States, State of Tennessee, or

See other Side
Pg/Page 55

Variations thereof, Shall Convey all Known and Unknown said Trust and Property to;

:DeMarcus-Montrell; .Gates: of the House of Gates,

IN WITNESS WHEREOF, DeMarcus Montrell Gates, as Trustee, has caused its Autograph as witnessed below.

Date: The _2th_, day of _April_, in the year of our Lord Two Thousand Twenty-Three

DeMarcus-Montrell; House of Gates Soli

By: _:DeMarcus-Montrell; Gates® - SuiJuris;_
:DeMarcus-Montrell; .Gates:

Authorized Representative for DEMARCUS
MONTRELL GATES -VESSEL, Executor, Beneficiary,
Sole Signatary,
to the DEMARCUS MONTRELL GATES Cestui Que Vie
trust, All Rights Reserved, Without Prejudice
Foreign Stys

### Notary

### JURAT CERTIFICATE

STATE OF MISSISSIPPI
COUNTY OF BENTON

On _4th_ day of __April__ _____, 2023, as Notary Public, DeMarcus Montrell Gates

personally appeared before me, with satisfactory evidence to be the person whose name is

subscribed to the within instrument and acknowledged to me that he executed the same in his

authorized capacity, and that by his Autograph on the instrument, executed the instrument. I

certify under PENALTY OF PERJURY under the laws of the State of Mississippi that the

foregoing paragraph is true andcorrect.


Witness my hand and official seal a Notary Public.


Signature


who proved to me on the basis of

_State ID Card_ .

CAPACITY CLAIMED BY Autograph

as a Living Soul, Sui Juris, Jus Soli



See other side
Pslam 55

CM/ECF
(10-07-23)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI


IN RE: DEMARCUS MONTRELL GATES - U.S. VESSEL

CASE NO.   23-13109-JDW

DEBTOR(S)

## AFFIDAVIT OF OWNERSHIP

The undersigned Authorized Representative for Debtor(s) hereby
formally Expresses Declaration of Claim for all Property associated
with/linked to Birth Certificate: 141-829953, whereas, Authorized
Representative is the Sole Lawful Equitable Title Holder, and is in fact:
(Competency of) **Business**

DEMARCUS MONTRELL GATES/Demarcus Montrell Gates (the Company) was created
in THE DISTRICT OF COLUMBIA on April 03, 1980  for the purpose of being
United States Citizen for the benefit of the United States America. The

See Other Side
Psalms 53

Company will engage in business in commerce as the Principal and Surety
for all governmental and non-governmental obligations  including all
registered corporations on the federal and state level for the benefit of
the United States of America. To accomplish this the Company's Individual
Surety will execute the necessary surety bonds, international promissory
notes, bills of exchange, corporate bonds and supporting documents
evidencing the obligation after acceptance, then register the instruments
with the Securities and Exchange Commission and obtain a Cusip number for
tracking purposes for the surety bonds, international promissory notes,
bills of exchange and corporate bonds. The Company's purpose is to
exchange the surety bonds, international promissory notes,bills of
exchange, corporate bonds for the obligation  and in return have the other
party making the claim perform according to the surety bonds instructions
creating a quid pro quo exchange for settlement and closure. The
individual surety will always have a priority security interest above all
claims to ensure performance is rendered properly.


The Company's bonds act in the capacity of a trust in the sense that the
individual surety executes the bonds after acceptance of any claim for the
benefit of the company leaving the party making the claim under the
contract in a fiduciary capacity to release all claims and any funds from
the escrow account in their custody listed on the surety bonds to the
principal to complete the quid pro quo exchange. The claimant who now is
in a fiduciary (trustee) capacity will be subjected to all liability and
payment if he dishonors his fiduciary duty to settle the exchange and
further it will indemnify the original surety and principle from any
further obligation on the surety bonds,international promissory notes,
bills of exchange.

See other side
Psalms 55

I, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said Birth Certificate is the same party as one of the owners named in said certificate of title.

I, DEMARCUS MONTRELL GATES, (heretofore and hereinafter "Claimant") having attained the age of majority and reason under divine law competent first-hand witness to the above truth and facts recited below, hereby makes a claim against the corpus, all property whether real or personal, tangible, or intangible, all deposit accounts blocked by reason of presumption of death of Claimant, cash, credit lines, Credit default swap, all federal funds, collateralized debt obligation, options, derivatives, and futures received by the said court in said county, state and federal for the administration of the named estate, and all estates in agency, including but not limited to DEMARCUS MONTRELL GATES or by whatsoever name the said estate shall be called or charged. I hereby declare under penalty of perjury that that the above information is complete, correct, and true to the best of my knowledge.   By: *:demarcus ·montrell :gates* Claimant
*DEMARCUS MONTRELL GATES*

Authorized Representative:
*by: :gates, :demarcus-montrell*

Attachments:

See other Side
Psalm 55

Authenticated Birth Ceretificate

DATED: 10/07/2023

UCC 3-402 (b)(1)
by: :gates., :demarcus-montrell -Agent, Sole
Executor, Beneficiary for/to
DEMARCUS MONTRELL GATES -
DEBTOR
UCC 3-108 All Rights Reserved,
Without Prejudice

See Other Side
Below $5

STATE OF TENNESSEE
Office of Vital Records

TYPE OR PRINT
IN PERMANENT
BLACK INK.

FOR
INSTRUCTIONS:

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT

## CERTIFICATE OF LIVE BIRTH

141-829953

| 1. CHILD'S NAME (First, Middle, Last) | | 2. SEX | 3. DATE OF BIRTH (Month, Day, Year) | 4. TIME OF BIRTH |
|---|---|---|---|---|
| DEMARCUS MONTRELL GATES | | M | MARCH 24, 1980 | 03:48P. M |

| 5. FACILITY NAME (If not institution, give street and number) | 6. PLACE OF BIRTH: 1☒ Hospital 2☐ Freestanding Birthing Center |
|---|---|
| ST JOSEPH HOSPITAL | 3☐ Clinic/Doctor's Office 4☐ Residence 5☐ Other (Specify) |

| 7. CITY, TOWN, OR LOCATION OF BIRTH | 8. COUNTY OF BIRTH |
|---|---|
| MEMPHIS | SHELBY |

| 9. I certify that this child was born alive at the place and time and on the date stated. | 10. DATE SIGNED (Month, Day, Year) | 11. CERTIFIER'S NAME AND TITLE (Type/Print) |
|---|---|---|
| *Paula Taylor* (Signature) | 03/27/80 | Name PAULA TAYLOR 1☐ M.D. 2☐ D.O. 3☐ C.N.M. 4☐ Other Midwife 5☐ Hospital Admin. 6☐ Other Specify) |

| 12. IF CERTIFIER WAS NOT ATTENDANT, GIVE NAME AND TITLE OF ATTENDANT: | 13. ATTENDANT'S MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Name RONALD T HARRIS MD 1☐ M.D. 2☐ D.O. 3☐ C.N.M. 4☐ Other Midwife 5☐ Other (Specify) | 210 JACKSON MEMPHIS TN |

| 14. REGISTRAR'S SIGNATURE | 15. DATE FILED BY REGISTRAR (Month, Day, Year) |
|---|---|
| ▶ *Paula Taylor* | APRIL 3, 1980 |

| 16a. MOTHER'S NAME (First, Middle, Last) | 16b. MAIDEN SURNAME | 17. MOTHER'S DATE OF BIRTH (Month, Day, Year) |
|---|---|---|
| ROBBIE ANN GOBER | GOBER | SEPTEMBER 17, 1958 |

| 18. MOTHER'S BIRTHPLACE (State or Foreign Country) | 18a. RESIDENCE-STATE | 19b. COUNTY | 19c. CITY, TOWN, OR LOCATION |
|---|---|---|---|
| TENNESSEE | TENNESSEE | SHELBY | COLLIERVILLE |

| 19d. STREET AND NUMBER OR RURAL LOCATION | 19e. INSIDE CITY LIMITS? | 20. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only) |
|---|---|---|
| 4075 BAILEY | 1☐ Yes 2☒ No | |

| 21. FATHER'S NAME (First, Middle, Last) | 22. FATHER'S DATE OF BIRTH (Month, Day, Year) | 23. FATHER'S BIRTHPLACE (State or Foreign Country) |
|---|---|---|
| ANDRE' FREDERICK GATES | | |

24. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief.
▶ Signature of Either Parent

829953D1980

10998523

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

*Edward A. Bishop III*
Edward G. Bishop III
State Registrar



1 0 9 9 8 5 2 3
Date Issued
APR 0 3 2019



## CERTIFICATION OF VITAL RECORD





TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT

## CERTIFICATE OF LIVE BIRTH

141-829953

TYPE OR PRINT
IN PERMANENT
BLACK INK.
FOR
INSTRUCTIONS.

| 1. CHILD'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF BIRTH (Month, Day, Year) | 4. TIME OF BIRTH |
|---|---|---|---|
| DEMARCUS MONTRELL GATES | M | MARCH 24, 1980 | 03:48P. M |

| 5. FACILITY NAME (If not institution, give street and number) | 6. PLACE OF BIRTH: |
|---|---|
| ST JOSEPH HOSPITAL | 1 ☒ Hospital  2 ☐ Freestanding Birthing Center  3 ☐ Clinic/Doctor's Office  4 ☐ Residence  5 ☐ Other (Specify) |

| 7. CITY, TOWN, OR LOCATION OF BIRTH | 8. COUNTY OF BIRTH |
|---|---|
| MEMPHIS | SHELBY |

9. I certify that this child was born alive at the place and time and on the date stated.

▶ *Paula Taylor*
Signature

| 10. DATE SIGNED (Month, Day, Year) | 11. CERTIFIER'S NAME AND TITLE (Type/Print) |
|---|---|
| 03/27/80 | Name PAULA TAYLOR  1 ☐ M.D. 2 ☐ D.O. 3 ☐ C.N.M. 4 ☐ Other Midwife  5 ☐ Hospital Admin. 6 ☐ Other (Specify) |

| 12. IF CERTIFIER WAS NOT ATTENDANT, GIVE NAME AND TITLE OF ATTENDANT: | 13. ATTENDANT'S MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Name RONALD T HARRIS MD  1 ☒ M.D. 2 ☐ D.O. 3 ☐ C.N.M. 4 ☐ Other Midwife  5 ☐ Other (Specify) | 210 JACKSON MEMPHIS TN |

14. REGISTRAR'S SIGNATURE

▶ *Paula Taylor*

| 15. DATE FILED BY REGISTRAR (Month, Day, Year) |
|---|
| APRIL 3, 1982 |

| 16. MOTHER'S NAME (First, Middle, Last) | 16b. MAIDEN SURNAME | 17. MOTHER'S DATE OF BIRTH (Month, Day, Year) |
|---|---|---|
| ROBBIE ANN GOBER | GOBER | SEPTEMBER 17, 1958 |

| 18. MOTHER'S BIRTHPLACE (State or Foreign Country) | 19a. RESIDENCE-STATE | 19b. COUNTY | 19c. CITY, TOWN, OR LOCATION |
|---|---|---|---|
| TENNESSEE | TENNESSEE | SHELBY | COLLIERVILLE |

| 19d. STREET AND NUMBER OR RURAL LOCATION | 19e. INSIDE CITY LIMITS? | 20. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only) |
|---|---|---|
| 4075 BAILEY | 1 ☐ Yes  ☒ No | |

| 21. FATHER'S NAME (First, Middle, Last) | 22. FATHER'S DATE OF BIRTH (Month, Day, Year) | 23. FATHER'S BIRTHPLACE (State or Foreign Country) |
|---|---|---|
| ANDRE' FREDERICK GATES | | |

24. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief.

▶ Signature of Either Parent

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

10998523

*Edward G. Bishop III*
Local Registrar

*Edward G. Bishop III*
Edward G. Bishop III
State Registrar



1 0 9 9 8 5 2 3

Date Issued
APR 0 3 2019

# "The Cestui qui vie trust , Canon law and the third/final position of defacto law"

By Mary Bartholomay on Thursday, April 16, 2015 at 2:12 PM

Canon 2036

A Cestui Que Vie Trust, also known by several other pseudonyms such as "Term of Life or Years" or "Pur Autre Vie" or "Fide Commissary Trust" or "Foreign Situs Trust" or "Secret Trust" is a pseudo form of trust first formed in the 16th Century under Henry VIII of England on one or more presumptions including (but not limited to) one or more Persons presumed wards, infants, idiots, lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be "legally" formed were added in later statutes to include bankruptcy, incapacity, mortgages and private companies.

Canon 2037

In terms of the evidential history of the formation of Cestui Que Vie Trusts:

(i) The first Cestui Que Vie Trusts formed were through an Act of Henry VIII of England in 1540 (32Hen.8 c1) and later wholly corrupted whereby the poor people of England, after having all their homes, goods and wealth seized in 1535 (27Hen.8 c.28) under the "guise" of small religious estates under £200, were granted the welfare or "commonwealth" benefit of an Cestui Que Use or simply an "estate" with which to live, to work and to bequeath via a written will; and

(ii) In 1666 Westminster and the ruling classes passed the infamous "Proof of Life Act" also called the Cestui Que Vie Act (19Car.2 c.6) whereby the poor and disenfranchised that had not "proven" to Westminster and the Courts they were alive, were henceforth to be declared "dead in law" and therefore lost, abandoned and their property to be managed in their absence. This supremely morally repugnant act, which remains in force today, is the birth of Mundi and the infamous occult rituals of the British Courts in the wearing of black robes and other paraphernalia in honoring the "dead"; and

(iii) In 1707 Westminster under Queen Anne (6Ann c.18) extended the provisions of "Proof of Life" and Cestui Que Vie, extending the use of such structures ultimately for corporate and other franchise purposes. This wicked, profane and completely sacrilegious act in direct defiance to all forms of Christian morals and Rule of Law has remained a cornerstone of global banking and financial control to the 21st Century; and

(iv) In 1796, King George III (36 Geo.3. c.52 §20) duty was applied to Estates Pur Autre Vie for the first time; and

(v) In 1837 (1 Vict. c.26) and the amendments to the nature of Wills, that if a person under an Estate Pur Autre Vie (Cestui Que Vie) did not make a proper will, then such property would be granted to the executors and administrators.

Canon 2038

In terms of the evidential history of the operation and any form of relief or remedy associated
with Cestui Que Vie Trusts, taking into account all Statutes referencing Cestui Que Vie prior to
1540 are a deliberate fraud and proof of the illegitimacy of Westminster Statutes:

(i) The "first" Act outlining Cestui Que (Vie) Trusts is deliberately hidden under the claimed
statutes of the reign of King Richard III in 1483 (1Rich.3 c.1) whereby the act (still in force)
states that all conveyances and transfers and use of property is good, even though a purchaser
may be unaware it is effectively under "cestui que use" (subject to a Cestui Que Vie Trust). The
act also gives a vague and challenge path of relief that if one is of complete mind, not an infant
and not under financial duress then any property under Cestui Que Vie Trusts is rightfully theirs
for use; and

(ii) The "second" Act outlining Cestui Que (Vie) Trusts is deliberately hidden under the reign of
Henry 7th in 1488 (4Hen.7 c.17) permitted lords to render any attempt by people classed as
"wards" to demonstrate their freedom useless and that such lords may use writs and other
devices to "force" such people back to being compliant "wards" (poor slaves). The only remedy
under this act was if a ward demonstrated the waste of the lord as to the property (and energy)
seized from the poor (ignorant white slaves); and

(iii) The "third" Act outlining the operation of Cestui Que Vie only hidden this time as Estate
Pur Autre Vie was in 1741 under 14Geo.2 c.20) whereby one who was knowledgeable of the
Cestui Que Vie slavery system could between the ages of 18 to 20, seek to recover such property
under Cestui Que Vie and cease to be a slave. However, the same act made law that after 20
years, the remedy for such recovery was no longer available, despite the fact that the existence of
Cestui Que Vie Trusts is denied and Westminster and Banks are sworn to lie, obstruct, hide at all
cost the existence of the foundations of global banking slavery.

Canon 2039

In terms of essential elements concerning Cestui Que Vie Trusts:

(i) A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted
"life" expectancy of the estate; and

(ii) A Beneficiary under Estate may be either a Beneficiary or a Cestui Que (Vie) Trust. When a
Beneficiary loses direct benefit of any Property of the higher Estate placed in Cestui Que (Vie)
Trust on their behalf, they do not "own" the Cestui Que (Vie) Trust and are only the beneficiary
of what the Trustees of the Cestui Que (Vie) Trust choose to provide them; and

(iii) The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void.

Canon 2040

The Trust Corpus created by a Cestui Que (Vie) is also known as the Estate from two Latin words e+statuo literally meaning "by virtue of decree, statute or judgment". However, as the Estate is held in a Temporary not permanent Trust, the (Corporate) Person as Beneficiary is entitled only to equitable title and the use of the Property, rather than legal title and therefore ownership of the Property. Only the Corporation, also known as Body Corporate, Estate and Trust Corpus of a Cestui Que (Vie) Trust possesses valid legal personality.

Canon 2041

The Property of any Estate created through a Temporary (Testamentary) Trust may be regarded as under "Cestui Que Use" by the Corporate Person, even if another name or description is used to define the type of trust or use. Therefore "Cestui Que Use is not a Person but a Right and therefore a form of "property".

Canon 2042

In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043

Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

(i) In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emergency"; and

(ii) In 1861 the Emergency Powers Act 1861; and

(iii) In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv) in 2001 the Patriot Act 2001.

Canon 2044

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.

Canon 2045

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.

Canon 2046

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.

Canon 2047

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trust system was implemented from 1933 onwards.

Canon 2048

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2049

Since 1933, upon a new child being borne, the Executors or Administrators of the higher Estate willingly and knowingly convey the beneficial entitlements of the child as Beneficiary into the 1st Cestui Que(Vie) Trust in the form of a Registry Number by registering the Name, thereby also creating the Corporate Person and denying the child any rights as an owner of Real Property.

Canon 2050

Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willingly claim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2051

Each Cestui Que Vie Trust created since 1933 represents one of the 3 Crowns representing the 3 claims of property of the Roman Cult, being Real Property, Personal Property and Ecclesiastical Property and the denial of any rights to men and women, other than those chosen as loyal members of the society and as Executors and Administrators.

Canon 2052

The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is

corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trust of Baptism.

## Canon 2053

The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

## Canon 2054

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoing bankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

## Canon 2055

While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a member of One Heaven and holder of their own title.

## Canon 2056

Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trust based on such false presumptions ceases to have any property.

## Canon 2057

Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

# A 2nd Declaration of Independence,
## By the 50 United States of America Signed by President Donald Trump on July 4,

**2020**. To the **New Republic of the United States**
**Transcribed by Mark Baughman 2/9/2020 from Parchment Paper from Original.**

------------------------------------------------------------------------

Trusting our cause is just and having prayed for the fortitude of brave spiritual wickedness in high places. WE CITIZENS OF AMERICA make this announcement to the SHAREHOLDERS OF US CORP. including THE CITY OF LONDON, THE BRITISH CROUWN, AND THE VATICAN, and their OPERATIVES in the medica government and society.

## A 2nd DECLARATION OF INDEPENDENCE, By the 50 United States of America

With the utmost respect and admiration for the founders of America and the framers of the original DECLARATION OF INDEPENDENCE, the American people humbly emulate their thoughtful measured response to certain perpetual and ascending tyranny and despotism. We too believe it is moral obligation of those privileged with knowledge and opportunity to work on behalf of THE PEOPLE, that THE PEOPLE are served best when their benefactors choose unity over division, nationalism over globalism, sovereignty over submission, and liberty over oppression, that all human beings are equal in their innate value, that America was founded under God, and that our God-given rights may not be revoked, suspended, negated or abridged without due process. What distinguishes the 2nd DECLARATION OF INDEPENENCE from its progenitor is the object from which we seek independence.

Regrettably, to our great misfortune, shame and dismay, and despite the recurrent warnings, and accorded safeguards, a cable of foreign investors and privateers have managed to gain possession of our land, our wealth, our labor, our well-being, our future, and even our children.

Although history has become muddied with varied interpretations of cardinal events, including the surreptitious adoption of a second "corporate" constitution, and uncertain ratification of several amendments destructive to THE PEOPLE, it matters only that on or more alien groups lay claim to America and its assets. Rather than speculate on motives, and weigh unprofitably to biased accounts, unverifiable information, and plenteous theories and opinions, we engage a perfect solution, wherein we exact independence from all claimants, past and present, proclaimed, identified, or veiled. As such, the usurpers named in this declaration are representative, and not specific, or exhaustive, regardless of supposed, ancestry, preceded, instrument or process.

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29: 10 -13

A 2nd DECLARATION OF INDEPENDENCE, by the 50 united states of America

      With the utmost respect and admiration for the founders of America, and the framers of the original DECLARATION OF INDEPENDENCE, the American people humbly emulate their thoughtful measured response to certain perpetual and ascending tyranny and despotism. We too believe it is the moral obligation of those privileged with knowledge and opportunity to work on behalf of THE PEOPLE, that THE PEOPLE are served best when their benefactors choose unity over division, nationalism over globalism, sovereignty over submission, and liberty over oppression, that all human beings are equal in their innate value, that America was founded under God, that the God of America is just, peaceable and tolerant, that our natural rights as sovereigns come from God, and that our God-given rights may not be revoked, suspended, negated or abridged without due process. What distinguishes the 2nd DECLARATION OF INDEPENDENCE from its progenitor is the object from which we seek independence.

— SEE OTHER SIDE —

Pslam 94: 20, 21

Although simply enumerating transgressions and usurpations would suffice to justify insularity, recounting significant events, reveals important facts, that are missing from history. These forgotten facts, add insight, perspective, and clarity, illuminating our best way forward.

1. The inevitable Civil War destroyed America's economy, ripped families apart, and cast a questionable shadow on the future of a once promising nation. America was in trouble financially, and needed a massive infusion of capitol to get back to its feet.

2. A cabal of nation-building venture capitals, from Europe, agreed to finance America's recovery, but demanded an active role in government to ensure their investment. In 1871, mired in debt, Congress worked out a partnership. In exchange for boundless financial support, the foreign investors handle America's administrative needs.

3. Although initially it seemed to be an innocuous concession, the consequences of allowing the nation-building venture capitalists to conduct America's business beyond the protections of the U.S. Constitution proved catastrophic. The investors quickly embedded OPERATIONS throughout the foreign-owned corporate government, and Washington D.C. began serving the interests of America's financier's over THE PEOPLE. In 1871, America effectively lost its independence, and the nation-building venture capitalists became our new masters.

4. By the early 1900's, the foreign investors that bankrolled America controlled the major newspapers and news services, enabling them to shape what is reported and how it is to be framed. They had to cover their tracks, before being exposed and repudiated by THE PEOPLE.

5. The nation-building venture capitalists, worked to soften America's imperturbable elevated system of government. The founders had formed a Constitutional Republic instead of a Democracy specifically to prevent citizens in the majority from oppressing those in the minority. By doing what is best for their District (or State), rather than enforce the majority will, representatives serve all citizens equally, eliminating the noise, division, and violence intrinsic to Democracies. Being in control of the narrative, the foreign investors ingenious promoted the fallacy that America is a Democracy trusting that the deception would lead to unrest and chaos that world make America vulnerable, creating additional opportunities for infiltration and manipulation.

6. In 1913, the foreign investors established the Anti-Defamation League, to slander anyone who exposed them, and their infiltration into American politics.

7. In 1913, by the way of the 16th Amendment, the foreign investors were granted the authority to tax the American people directly, something expressly prohibited by the original Constitution. That THE PEOPLE would willingly subject themselves to forced confiscation of their property (their labor) is illogical, putting the legitimacy of ratification in question.

8. In 1913, by way of the 17th Amendment, the foreign investors breached an important safeguard that protected our Constitution Republic form infiltration of enemy forces. Previously, Senators were "Statesmen" appointed by the respective State Legislatures, as a check on the House of Representatives, raiding the public treasury,

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29 : 10 - 13

Henceforth. Senators would run as glorified House Representatives, reduced to promising "free" public money and services for votes. The authenticity of ratification is unlikely because the State Legislatures would not willingly surrender their authority to bridle the appetite of THE PEOPLE's house not would they accede to transfer more power to the Federal Government, opening yet another door for the international bankers, to buy the influence they need, to further their grip on America.

9. In 1913, the foreign investors gained control of our currency by pushing through Congress the Federal Reserve Act, establishing a foreign-owned central banking system despite the dire warnings of presidents Thomas Jefferson, Andrew Jackson, Abraham Lincoln, Andrew Johnson, James Garfield, and William McKinley. The Federal Reserve Act passed with the help of compromised legislators between 1:30AM to 4:30AM on December 22nd, when most members were away on the Christmas holiday.

10. In 1920, Congress, by the way of the independent Treasury Act, turned over the U.S. Treasury Department, and its assets (our gold and silver), to the Federal Reserve, the central banking system owned by the foreign investors, established 1913.

11. In 1921, the Council on Foreign Relations was formed under cover advancing America's interests in the world. In fact, the CFR is sponsored by THE CITY OF LONDON, and serves to advance the interests of the foreign-owned Federal Reserve, by direction the president, Congress, and the narrative through OPERATIVES in their news and information networks.

12. In 1925, the owners of the Federal Reserve formed the UNITED STATES corporation. Just 5 out of the 100 shares issued were identified, with the balance of the shareholders of US CORP remaining anonymous, yet the money hail leads to THE CITY OF LONDON, THE BRITISH CROWN, and THE VATICAN. The tax dollars we send to the Internal Revenue Service go to the International Monetary Fund, and the World Bank, which are under their control.

13. The official formation of US CORP set the stage for the transformation of America from a Constitutional Republic of THE PEOPLE to a corporation owned by foreign interests and their families. Over the next few years, the individual States were registered as corporations as well, making them franchises of US CORP. Representatives and Senators neither represent nor work for the American People. Rather, they are managers of US CORP. and, as such, they are obligated first to serve its best interests. The president is just the President of America. He is the CEO of US CORP.

14. The abbreviated term "United State" was purposely used to represent both America and US CORP. to blur the distinction between them. Similarly, the original U.S. Constitution was quietly supplanted by an impostor "corporate (all-capital letters) constitution" that bears a similar name and appearance, again, to confuse and deceive the American people. Specifically, the "Constitution for the united states of America" was replaced by "THE CONSTITUTION OF THE UNITED STATES," s with the latter's corporate statutes becoming the supreme law of America.

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29: 10 -13

15. In 1933, the U.S. federal government declared bankruptcy, and President Roosevelt, its acting CEO, signed over to US CORP. America and its assets, including THE PEOPLE, and our labor. The bankruptcy of 1933, that was arguably unnecessary, ceremonial in nature, and contrived and orchestrated without the consent of THE PEOPLE, completed the heist and transfer of America and its assets to the same foreign interests who own US CORP.

16. In the bankruptcy of 1933, US CORP forced the American people to surrender their gold in trade for debt nots called "Dollars." Fiat currency that has not real value, and that is depreciated continually through inflation to where it is worth just 4 cents today.

17. The bankruptcy of 1933 put US CORP in a state of emergency, allowing it to implement Admiralty Law, made evident by the gold fringe around the American Flag. When in a US CORP courtroom, you are considered at sea and not a citizen of America.

18. In 1936, US CORP began issuing Social Security Numbers to turn otherwise sovereign Americans into trustees of corporate fictions, making our labor taxable, which would otherwise be unconstitutional. According to US CORP. you are not a love man or woman, but rather a representation of a corporation in your name.

19. In 1945, the anonymous owners US CORP founded the United Nations, under the guise of spreading peace, civility, and humanitarian assistance throughout the world, yet the true purpose is to condition citizens to recognize an international authority, a first step in establishing their promised "New World Order," in which the U.S. Constitution is retired to make room for a universal totalitarian government.

20. United Nation's publications "Agenda 21" and "Agenda 30" reveal the "New World Order" agenda, calling for the end of nationalism, patriotism, private property, individual rights, the two-parent family, automobiles, air travel, and the right to defend ourselves from a tyrannical government. In keeping with their goal of "sustainable development," they plan to reduce the population by over 90%, ridding America and the world of dissidents and "useless eaters." The remaining "useful servants" are to live in coastal communities, wherein they will be stacked-and-packed in micro-apartments.

21. The only thing standing in the way of their "New World Order" is a strong, prosperous, and secure America. To achieve their goal of world domination. America must lose its sovereignty and leadership position, and thus why the owners of US CORP quietly work to undermine our culture, systems, beliefs, standards, aspiration, and morals; for over 100 years, employing unrestrained method and tactics.

22. With millions of dollars at their disposal every year from taxing our labor, the owners of US CORP. fund leftist non-profit groups, including the COUNCIL ON FOREIGN RELATIONS, that work to subvert our nation and silence anyone in opposition. They ingratiate the officials and administrators who run the largest charities and organizations, including the A.M.A. the APA, the CDC, the FCC, the SEC, and the FDA, and they embed OPERATIVES in the State Department, the Department of Justice, and the intelligence agencies, official and covert, including the NSA, FBI, and CIA.

— SEE OTHER SIDE —

Pslam 94:20, 21

1 Chronicles 29: 10-13

23. In trade for generous grants and endowments, the anonymous owners of US CORP shape the curriculum, and political sentiment of the public schools, colleges, and universities, insuring the next generations, our children, harbor disdain for their country, their history, their culture, their families, and even their ethnicity.

24. The anonymous owners of US CORP keep THE PEOPLE in the dark about the true history of America, the greatest heist and cover-up in history, by controlling public education, the major publishers, the news services, the airwaves, and the social and information networks.

25. The foreign owners of US CORP prop up "puppets" throughout society and government, allowing them to make millions of dollars in trade for perpetrating their agenda of secrecy and subjugation of America. These traitors include prominent politicians, news readers, pundits, authors, movie stars, and the heads of the social, news and information networks, major sports teams, music, and entertainment industries, and corporate conglomerates responsible for over 90% of the products designed, manufactured, advertised, purchased, financed and consumed.

26. By the way of funding campaigns and fixing elections, the owners of US CORP obligate the most influential politicians to further their agenda of breaking America socially and financially. They promote disdain for country, dependency on government, indulgence, lawlessness, and immorality, to spoil and dishearten citizens, predisposing them to trade their sovereignty for the false promises of an international unelected government, sponsored by the world elite.

27. By the way of the Democrat Party, and OPERATIVES posing as television hosts, entertainers, journalists, pundits and policy experts, the owners of US CORP brainwash and condition THE PEOPLE to accept invalid arguments and pseudoscience, that call for globalism, socialism, and a godless society, in which technology is our moral compass.

28. The OPERATIVES of the foreign-owned US CORP are deeply rooted throughout the news and information networks, academia, government, and society. Colloquially referred to as "the Deep State," "the Shadow Government," and "the Swamp," the OPERATIVES perform with a hive mind because they are guilty of treason, a crime punishable by death. They are desperate to hide their complicity, and thus they systematically target, demonize, and even "suicide" all who threaten to expose their treachery and malfeasance.

29.    The OPERATIVES of US CORP favor unbridled immigration because it is the most expedient way to destroy the country from within. Flooding America with illegal immigrants, without allowing them time to assimilate, ensures arrogance, separation, and anti-Americanism, and anger, animosity, and conflict with THE PEOPLE. By design, we can also expect a steady dilution of the principles, ethics, and systems that made America successful. Moreover, the majority of illegal immigrants are ethics and systems that made America successful. Moreover, the majority of illegal immigrants are likely to vote for Democrats, who legislate according to the will of the foreign owners of US CORP.

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29: 10-13

30.    Because trhe free, open largely unchained internet reveals the hidden heist of America, And the criminal network that operates in the shadows, the owners of US CORP, the predators of crimes against America and Humanity are tightly concerned about exposure. To ensure THE PEOPLE do not wake up, organize, and enact justice, they sensor the information we see, ply us with psychoactive drugs, make us complacent with money from government, distract us with sempiternal video games, promote us with meaningless sporting event after another.

31. In conjunction with skewed statistics, deceptive polls, false facts, and the omission of decisive information, the owners of US CORP promote anti-Americanism, and their "New World Order" agenda. Fake new keeps THE PEOPLE disoriented, misinformed, and divided over ethnicity, gender, sexual orientation, religion, and economic class. Meanwhile, their debt system enslaves us their grip ever lightens through surveillance, and fluorination, vaccinations, and others technologies are deployed to weaken any substantive opposition.

32. The owners of US CORP are working incessantly to disarm the millions of law-abiding Patriots who stand in the way or their totalitarianism, oppressive "New World Order." By the way of orchestrated mass shootings, the owners of US CORP will continue to terrorize THE PEOPLE until we assent to "comprehensive background checks." The word "comprehensive" is nebulous and undefined, allowing for battery of psychological and medical testing, ever-expanding, until largeled individuals are deemed emotionally unstable, and a danger to society. True to the predictions of every futuristic book and movie, patriotic Americans will be disarmed by the way of political profiling, under the guise of screening for mental health.

33. Through their vast indoctrination machine, the foreign owners of US CORP have convinced THE PEOPLE that America is a Democracy, and that Democracy is the highest form of government. This is problematic because Democracy is by definition, "mob rule." Democracies invariably fail because "the majority mob" always demands more and more public monies and services, precured through excessive taxation and other Socialist-like policies, resulting in economic ruin, runaway debt, fiscal collapse, and ultimately; social implosion, opening the door for the promised, predicted, dreadful, and ever-looming "New World Order." Because sovereignty is not sustainable without exploring the ills of Democracy, and reestablishing our elevated Constitutional Republic, we are compelled to make the following proclamations:

a. The world Democracy does not appear anywhere in the America's founding documents, because the framers knew that Democracy, in any form, or disguise is fatally flawed, leading invariably to oppression, unrest, societal failure, violence, and death.

b. All modern forms of government are elected democratically. They differentiated only by who makes them decisions, after elections are over.

c. In a Democracy, citizens in the majority make the sales, leaving those, in the minority oppressed. Consequently, a Democracy is always noisy, divisive, divided insufficient, unsteady, combustible, fiscally irresponsible, and short lived.

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29:10 – 13

d. America was established as a Constitutional Republic; those elected must NOT do the bidding of the citizen majority, Rather, they most do what is best for their District (of State), despite the majority will. In this way, all citizens are represented equally., and no one is suppressed, making a Constitutional Republic quiet, steady, efficient, and preferred.

e. Although the word "democracy" feels good, it is founded on mob rule, making it akin to socialism, communism, and every other tyrannical form of government.

f. Finally, Article QV. Section 4 of the U.S. Constitution resolves any doubt, "The United States shall guarantee to every State in this Union a Republican "Form of Government".

Having exposed the greatest heist and cover-up in history, we are able to summarize. America and its assets were quietly hijacked, and the cover-up has resulted in unthinkable crimes against THE PEOPLE and humanity. Allowing the hostile takeover to stand will lead eventually to compete and irreversible subjugation and the eradication of truth, justice, and all that is good.

This 2nd DECLARATION OF INDEPENDENCE distinguishes the United States of American from the subversive UNITIED STATES CORPORATION. It asserts that the US CORP was formed illegally, that it is foreign-owned, and that its shareholders have been quietly at war with America for over 150 years. Treasonous OPERATIVES, embedded within government and the "fake news" networks, purposely divide the citizenry, and facilitate conflict among the nations., to hide that US CORP was formed illegally, that is foreign-owned, and that its shareholders have been quietly at war with America for over 150 years. Treasonous OPERATIVES, embedded within government and the "fake news" networks, purposely divide the citizenry, and facilitate conflict among the natives, to hide that US CORP is and always has been, the only real enemy of America. This 2nd DECLARATION OF INDEPENDENCE also repudiates, with conviction. US CORP's satanically-inspired plan for world governance. In addition to being, of, by, and for THE ELITE, and not THE PEOPLE their falsely advertised pseudo-Utopian unelected totalitarian "New World Order" would supplant America's sovereignty, and extinguish forever, any semblance of liberty, and prosperity.

Because natural inclinations predispose human beings to be shortsighted, malleable, and easily bamboozled, one might presume the American people should bear responsibility for being swindled out of their homeland, inherited from their forefathers who procured and secured if at great expense and much sacrifice, and for slowly but steadily trading there largely unappreciated blessings of liberty, opportunity, and prosperity for "trinkets" in the form of unearned comforts, frivolous indulgences, and gluttonous pleasures.

However, the transfer of ownership form the American people was not conducted openly and with candor, but clandestinely, through calculated design, and nefarious means, without body consent, and unconstitutionally. It is for the latter reason that American people claim their right to rectification. That the greatest heist in history was effected outside the constraints of the U.S. Constitution, and that those who were elected to represent America's best interests transgressed their fiduciary responsibility, and exceeded their authority, warrants this proclamation, that the American people

—— SEE OTHER SIDE ——

Pslam 9Y: 30, 21

1 Chronicles 29: 10 -13

are rightful owners of our land, our labor, our well-being, or future, and our children, for our benefit, and the benefit of our posterity.

As with any negotiated peace after years of atrocities committed by parties at war, we seek neither vengeance nor demand justice for past transgressions. The simply adjure the return of what rightly belongs to THE PEOPLE, and avow firmly, emphatically, publicly, and officially, that America shall forever remain a sovereign nation, free, self-directed, and not affiliated or dependent upon any version, or variation, of the present, planned, or innovated "New World Order".

We entreat a bloodless solution, wherein you cease all destruction activities, including false flag events, dissolve US CORP and other illicit legal structures and custodial instruments, return our land, and assets, including our gold and silver, redirect the tax collected on our labor back to America, and have your "Deep State" and "Shadow Government" OPERATIVES retire, withdrawing your influence in a orderly fashion, so society continues to thrive, in trade for you keeping your wealth, your position, and your heads.

In response to questions regarding legitimacy, efficacy, and process; throwing off the shackles of national thralldom is elementary and unambiguous, as evidenced by the separation of the 13 Colonies from Britain in 1776, and the Mexican people from Spain in 1825. A formal declaration, hailed by authorized representations, procures independence that is immediate, whole, consummate, infrangible, and unencumbered by obligation, condition, or imposition.

As we enter grievous territory, we reflect on the precarious road our forefathers forged when they judiciously severed the political and familial ties that bound them. Or hearts also are filled with melancholy and trepidation, yet we too are resolute in our posture and positions from being confronted with no better option. Despite the manifest peril, the consequences of acquiescence are graver still, compelling us to claim solemnly our independence once again. So, in support of this Declaration, with its firm reliance on the protection of divine providence, we mutually pledge to each other our Lives, our Fortunes, and our sacred Honor.

(The 56 signatories or THE TASK FORCE are to be affixed at the time of presentation to Congress, the President, the 50 State Legislatures, and the Governors of the respective States.)

https://operationdisclosure.blogspot.com/2021/02/the-2nd-declaration-of-independence.html

— SEE OTHER SIDE —

Pslam 94: 20, 21

1 Chronicles 29: 10 —13